IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                                                Case No.: 3:22-cv-00191

JAY19, LLC

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, PAM BELL, and Defendant, JAY19, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 25th day of July, 2022.

                                                                    RESPECTFULLY SUBMITTED;

                                                                    */s/Rebecca J. Hutto*
                                                                    REBECCA J. HUTTO #39252
                                                                    Attorney for Plaintiff
                                                                    208 Adams Avenue
                                                                    Memphis, Tennessee 38103
                                                                    (901) 523-1844 – phone
                                                                    (901) 523-1857 – fax
                                                                    rebecca@wcwslaw.com