IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                         Case No.: 3:22-cv-00191

JAY19 LLC,

    Defendant.

STIPULATION OF DISMISSAL

      The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 26th day of September, 2022.

                                                        RESPECTFULLY SUBMITTED;

                                                        */s/ Rebecca J. Hutto*
                                                        REBECCA J. HUTTO #39252
                                                        Attorney for Plaintiff
                                                        208 Adams Avenue
                                                        Memphis, Tennessee 38103
                                                        (901) 523-1844 – phone
                                                        (901) 523-1857 – fax
                                                        rebecca@wcwslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2022, the foregoing document is being served this day on the individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*